*Crimes — unlawful possession of cocaine — judgment of conviction affirmed.*

People v. *Nelson*, 207 App. Div. 895, affirmed.

(Submitted October 6, 1924; decided October 21, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1923, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of unlawfully possessing cocaine.

*Edward J. Reilly* for appellant.

*Joab H. Banton,* District Attorney (*Robert D. Petty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WILLIAM H. ANDERSON, Appellant.

*Crimes — forgery in third degree — judgment of conviction affirmed.*

People v. *Anderson*, 210 App. Div. 59, affirmed.

(Argued October 6, 1924; decided October 21, 1924)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1924, which affirmed a judgment, rendered at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of forgery in the third degree.

*Charles S. Whitman* and *Colley E. Williams* for appellant.

*Joab H. Banton,* District Attorney (*Ferdinand Pecora, Felix C. Benvenga* and *Charles Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.